IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRELL RICO WILLIAMS,
    Plaintiff,

vs.                                        Case No.: 3:17cv184/LAC/EMT

SHERIFF MICHAEL ADKINSON
and DR. JAMES SHEPPARD,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 8, 2020 (ECF No. 45). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendant Dr. James Sheppard are **DISMISSED without prejudice** based on the inability to effect service of process on Defendant Sheppard.

3. The clerk is directed to edit the docket to reflect Sheriff Adkinson as the only remaining Defendant.

**DONE AND ORDERED** this 7th day of February, 2020.

                      *s/L.A. Collier*
                   **LACEY A. COLLIER**
                   **SENIOR UNITED STATES DISTRICT JUDGE**