IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRELL RICO WILLIAMS,
Inmate No. 0102737037,
    Plaintiff,

vs.                                              Case No.: 3:17cv184/LAC/EMT

MICHAEL ADKINSON, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 7, 2020 (ECF No. 48). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objection (doc 49).

Having considered the Report and Recommendation and the objection thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Adkinson's Motion to Dismiss (ECF No. 31) is **GRANTED** and Plaintiff's claims against Defendant Adkinson are

**DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

3. The clerk is directed to enter judgment accordingly.

**DONE AND ORDERED** this 28th day of February, 2020.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**